Jeffrey Kimmel
Jeffrey Weingart
Susan Schlesinger
Meister Seelig & Fein LLP
140 East 45th Street, 19th Floor
New York, NY 10017
(212) 655-3500

Seth H. Ostrow
Ostrow Kaufman LLP
555 Fifth Ave.
New York, NY 10017
(212) 682-9013

*Attorneys for Plaintiff Viber Media, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIBER MEDIA, INC., ) | Civil Action No: 1:13-cv-00953 (DLC) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RATES TECHNOLOGY INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

### DECLARATION OF JEFFREY WEINGART

I, Jeffrey Weingart, pursuant to the requirements of 28 U.S.C. §1746, declare, under penalty of perjury, that the following is true and correct:

1. I am a partner at Meister Seelig & Fein LLP, counsel for Plaintiff, Viber Media, Inc. ("Viber"). I submit this declaration in support of Plaintiff Viber Media, Inc.'s Opposition to

Defendant's Motions Pursuant to Fed.R.Civ.P. 12(f) to Strike the "Patent Troll" Allegations in the Complaint and Pursuant to Fed.R.Civ.P. 12(b)(6) to Dismiss the Patent Invalidity Claims in the Complaint. I have personal knowledge of the matters set forth in this Declaration.

2. On March 1, 2013, I, along with counsel Seth Ostrow of Ostrow Kaufman LLP, attended a Conference scheduled by the Court in this matter.

3. During the conference, the Court asked counsel for Defendant Rates Technology, Inc. ("RTI"), Milton Springut, to identify which claims of the patents cited in Plaintiff's Declaratory Judgment Complaint RTI was alleging that Viber infringed. Mr. Springut responded in open court by stating that RTI was not able to do so without further information regarding Viber's service offerings.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 25, 2013

_____
Jeffrey Weingart