

**MEISTER SEELIG & FEIN LLP**

2 Grand Central Tower
140 East 45th Street, 19th Floor
New York, NY 10017
Telephone (212) 655-3500
Facsimile (212) 655-3535
www.meisterseelig.com



Jeffrey P. Weingart
Partner
Direct (212) 655-3516
Fax (646) 539-3616
jpw@msf-law.com

March 29, 2013

**Via Electronic Mail**
CoteNYSDChambers@nysd.uscourts.gov

Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, New York 10007

Re:   *Viber Media, Inc. v. Rates Technology Inc.*
      Civil Action No. 13 CV 0953 (DLC)

Dear Judge Cote:

We represent Plaintiff Viber Media, Inc. ("Viber") in the above-referenced action. We are writing in response to a letter sent to your Honor earlier today by counsel for Defendant Rates Technology, Inc. ("RTI").

In light of RTI's withdrawal of its motion to dismiss Viber's invalidity claims, as set forth in Viber's Amended Complaint, Viber requests that RTI be required to submit an Answer in response to the Amended Complaint, which was filed in accordance with the Court's Pretrial Scheduling Order entered on March 4, 2013 (the "Pretrial Order"). Any continued briefing on RTI's motion to strike Viber's patent troll allegations should not affect RTI's obligation to file its Answer or delay any of the other dates in set forth in the Pretrial Order.

As for RTI's motion to strike Viber's patent troll allegations, any RTI reply is due under the Pretrial Order by April 5, 2013, which would seem to be sufficient briefing on the issue. However, should the Court wish to entertain yet another Rule 12(f) motion from RTI on the patent troll issue, then Viber has no objection to the briefing schedule set forth in counsel's letter.

Respectfully submitted,

Jeffrey Weingart

cc: Milton Springut, Esq. (via email)
5727-006 Doc. #161

| NEW JERSEY | CALIFORNIA | MASSACHUSETTS | CONNECTICUT |
|---|---|---|---|
| 2G Auer Court | Chassman & Seelig LLP | 60 State Street | Canterbury Green |
| Williamsburg Commons | 120 Broadway, Suite 300 | Suite 700 | 201 Broad Street, Suite 460 |
| East Brunswick, NJ 08816 | Santa Monica, CA 90401 | Boston, MA 02109 | Stamford, CT 06901 |
| Telephone (732) 732-0073 | Telephone (310) 576-2238 | Telephone (617) 371-2979 | Telephone (203) 883-1700 |
| Facsimile (732) 432-4282 | Facsimile (310) 576-2551 | Facsimile (617) 371-2981 | Facsimile (203) 358-4072 |