ONICAL

5/10/13

Cote, D.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIBER MEDIA, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| RATES TECHNOLOGY INC., | ) |
| Defendant. | ) |

Civil Action No: 1:13-cv-00953 (DLC)

**RETRACTION STIPULATION**

    The parties, plaintiff Viber Media, Inc. and defendant Rates Technology Inc., having

reached a confidential settlement of the above-referenced action, hereby stipulate, by and through

their respective undersigned counsel, that Viber Media, Inc. hereby retracts all allegations in the

original and amended complaints in this action to the effect that Rates Technology Inc. is known

as a "patent troll."

Dated: May 9, 2013

MEISTER SEELIG & FEIN LLP
Jeffrey Kimmel
Jeffrey Weingart
Susan Schlesinger
140 East 45th Street, 19th Floor
New York, NY 10017
(212) 655-3500
jak@msf-law.com
jpw@msf-law.com
sms@msf-law.com

OSTROW KAUFMAN LLP
Seth H. Ostrow
555 Fifth Ave.
New York, NY 10017
(212) 682-9013
sostrow@ostrowkaufman.com

*Counsel for Plaintiff, Viber Media, Inc.*

SPRINGUT LAW PC
Milton Springut
Tal S. Benschar
75 Rockefeller Plaza, 19th Floor
New York, NY 10019
(212) 813-1600

*Counsel for Defendant, Rates Technology Inc.*

**SO ORDERED:**

_____

**U.S.D.J.**

-1-